# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MAURICE D. LOCKARD

NO. 2020 KW 0548

**SEPTEMBER 03, 2020**

---

In Re:     Maurice D. Lockard, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 2024-F-2020.

---

**BEFORE:  McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT DENIED.** The district court is proceeding towards disposition of relator's pending motion. According to the records of the St. Tammany Parish Clerk of Court's Office, a motion hearing in relator's case is set for September 30, 2020.

**JMM**
**MRT**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

_____
    DEPUTY CLERK OF COURT
        FOR THE COURT